UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

        - v. -                          :

STEFAN GILLIER,                         :
    a/k/a "Stephan Gillier,"
    a/k/a "Stefan R.R. Gillier,"    :
    a/k/a "Roland Gillier,"
    a/k/a "Roland Van Gorp,"        :

               Defendant.      :

- - - - - - - - - - - - - - - - - -x

ORDER

11 Cr. 409

      Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Michael Neff;

      It is found that the Indictment in the above-captioned action, 11 Cr. 409, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

      ORDERED that the Indictment, 11 Cr. 409, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
          June 26, 2020

                                          THE HONORABLE GABRIEL W. GORENSTEIN
                                          CHIEF UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK