**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2020

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2020

     Re:   **United States v. Stefan Gillier,** 11 Cr. 409 (RMB)

Dear Judge Berman:

     The Government writes to respectfully request that the Court exclude time, pursuant to the Speedy Trial Act, between today and the date of the initial conference in this case—July 6, 2020. Briefly, by way of backround, the defendant is charged in eight counts in Indictment 11 Cr. 409 (RMB). He was arrested in Italy on May 26, 2019. On June 26, 2020, he was extradited to the United States; was presented and arraigned (remotely) before Chief Magistrate Judge Gabriel W. Gorenstein, pursuant to Your Honor's referral; entered a not-guilty plea; and time was ordered excluded (on consent) between June 26, 2020 and today (June 29, 2020). Discovery is now underway. In advance of the initial conference, the Government respectfully requests that the time between today and July 6, 2020 be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time (1) to continue producing and reviewing discovery, and (2) to engage in discussions regarding a potential pretrial resolution of this matter if appropriate. Defense counsel—Matthew Galluzzo, Esq.—consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York

By: *Michael D. Neff*
    Michael D. Neff
    Assistant United States Attorney
    (212) 637-2107

Application granted to exclude time pursuant to the Speedy Trial Act for the reasons set forth above.

cc: Matthew Galluzzo, Esq. (via ECF)

SO ORDERED:
Date: 7/2/2020    *Richard M. Berman*
       Richard M. Berman, U.S.D.J.