**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

-against-                                                  11 Cr 409

STEFAN GILLIER,

               Defendant.
-------------------------------------------------------------X

For the reasons stated on the record today, the defendant is remanded.

Dated: New York, New York
      July 6, 2020

RMB
_____
**RICHARD M. BERMAN, U.S.D.J.**