**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                11 CR. 409 (RMB)
   -against-

                                                                               **ORDER**

STEFAN GILLIER,
                Defendant.
------------------------------------------------------------X

      The status conference scheduled for Monday, September 14, 2020 at 10:30 AM will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0409


Dated: September 11, 2020
       New York, NY

                                                          */s/ Richard M. Berman*
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.