**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

    -against-

STEFAN GILLIER,
                    Defendant.
------------------------------------------------------------X

11 CR. 409 (RMB)

**ORDER**

    In light of the continuing COVID-19 pandemic, the status conference scheduled for Monday, February 22, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0409

Dated: February 18, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.