**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           11 CR. 409 (RMB)

   -against-

                                                                           **ORDER**

STEFAN GILLIER,
                Defendant.
------------------------------------------------------------X

The status conference previously scheduled for Wednesday, April 7, 2021 at 12:00 PM is hereby rescheduled to Monday, April 5, 2021 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0409

Dated: April 1, 2021
       New York, NY

                                                           _____
                                                             RICHARD M. BERMAN
                                                                   U.S.D.J.