**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

                11 CR. 409 (RMB)

  -against-

                **ORDER**

STEFAN GILLIER,
                Defendant.
-----------------------------------------------------------X

The status conference previously scheduled for Monday, May 24, 2021 at 12:00 PM is hereby rescheduled to 10:30 AM on the same date.

In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0409

Dated: May 20, 2021
       New York, NY

                                    RICHARD M. BERMAN
                                    U.S.D.J.