UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

STEFAN GILLIER,
                Defendant.
------------------------------------------------------------X

11 CR. 409 (RMB)

**<u>ORDER</u>**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, July 14, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0409

Dated: July 7, 2021
       New York, NY

                                    _____
                                        RICHARD M. BERMAN
                                               U.S.D.J.