**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

      -against-

STEFAN GILLIER,
                 Defendant.
------------------------------------------------------------X

        11 CR. 409 (RMB)

        **ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, September 30, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0409

Dated: September 23, 2021
       New York, NY

                     *Richard M. Berman*
                _____
                  RICHARD M. BERMAN
                       U.S.D.J.