UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :     11-CR-409 (PAE)
                                                                        :
STEFAN GILLIER,                                                         :     <u>SCHEDULING ORDER</u>
                                                                        :
                                                                        :
                                                                        :
                                                                        :
                            Defendant.                                  :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

  A conference is scheduled in this case for **January 25, 2022** at **10:30 a.m.** The Court hereby converts this conference from in person, to telephonic, as a result in the rising number of COVID-19 cases within New York City. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

  SO ORDERED.

Dated: January 21, 2022
   New York, New York

                    *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge