UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

STEFAN GILLIER,

Defendant.

11-CR-409 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court sets the following schedule:

- The final pretrial conference in this case is scheduled for **July 5, 2022** at **10:30 a.m.**

- Trial in this case is scheduled for **July 11, 2022**.

- Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until July 11, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 26, 2022
       New York, New York