**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2022

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: **United States v. Stefan Gillier**, 11 Cr. 409 (PAE)

Dear Judge Engelmayer:

At the January 25, 2022 conference in this case, the Court scheduled trial for July 11, 2022; set the final pretrial conference for July 5, 2022; and directed the parties to submit a proposed schedule for pretrial filings. The parties jointly and respectfully propose the following schedule:

- **June 7, 2022**: The Government provides notice pursuant to Rule 404(b).[1]

- **June 14, 2022**: The Government produces § 3500 material and *Giglio* (identified as of that date for both), a draft witness list, a draft exhibit list, and exhibits (identified as of that date).

- **June 16, 2022**: The defense produces Rule 26.2 material (identified as of that date), a draft witness list, a draft exhibit list, and exhibits (identified as of that date), including both (a) any non-impeachment exhibits to be offered through Government witnesses or otherwise during the Government's case, and (b) any exhibits to be offered in the defense case.

- **June 22, 2022**: Both parties' motions *in limine*, requests to charge, proposed voir dire, and proposed verdict forms are due.

- **June 28, 2022**: Both parties' responses to each other's motions *in limine* are due.

- **July 5, 2022**: Final Pretrial Conference.

- **July 11, 2022**: Trial begins.

---

[1] The Government reserves the right, consistent with Rule 404(b), to provide reasonable, supplemental notice(s), as well.

Hon. Paul A. Engelmayer  
United States District Judge

January 31, 2022  
Page 2

The Court's consideration of this request is appreciated.

Respectfully submitted,

DAMIAN WILLIAMS  
United States Attorney  
Southern District of New York

By: *Michael D. Neff*  
Michael D. Neff  
Assistant United States Attorney  
(212) 637-2107

cc: Lee Ginsberg, Esq. (via ECF)  
Nadjia Limani, Esq. (via ECF)

Granted.  
SO ORDERED.

*Paul A. Engelmayer*  
PAUL A. ENGELMAYER  
United States District Judge  
2/1/2022