UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

STEFAN GILLIER,

                Defendant.

11-CR-409 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

    In reviewing the Government's and Mr. Gillier's motions *in limine*, the Court notes that that Government seeks leave not to redact every reference in exhibits to export regulations. But the nature of the exhibits on which the Government proposes not to redact such references is unclear. Accordingly, the Government is directed, by 5:00 p.m. on July 1, 2022, to file on the docket of the case the exhibits that the Government intends to offer that make reference to export violations and which the Government seeks not to redact. If such records are voluminous, the Government may, instead, file illustrative examples.

    SO ORDERED.

                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: June 30, 2022
       New York, New York