UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                              **ORDER**

                Plaintiffs.

-v-

STEFAN GILLIER,

                          **11-CR-409 (PAE)**

                Defendant.
------------------------------------------------------X

IT IS HEREBY ORDERED that the Metropolitan Detention Center Bureau of Prions (MDC/BOP) is directed to accept the following clothing for **STEFAN GILLIER**, **inmate number 88043-054**, to wear at his trial, commencing with jury selection on July 12, 2022, and continuing for approximately three weeks to completion:

        **2 pairs of pants**
        **2 collared shirts**
        **2 suit jackets**
        **1 belt**
        **2 pairs of socks**
        **1 pair of shoes**

The Clerk of Court is requested to terminate the motion at Dkt. Nos. 96 & 97.

Dated:      New York, New York
              July _6_, 2022

                                **SO ORDERED**

                              *Paul A. Engelmayer*
                              Honorable Paul A. Engelmayer
                              United States District Judge