UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

STEFAN GILLIER,

Defendant.

11-CR-409 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record of today's conference relating to a positive Covid test by a necessary trial participant, the Court hereby **ADJOURNS** the trial in this case to **September 13, 2022**. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until September 13, 2022, for the reasons stated on the record today.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2022
New York, New York