UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

STEFAN GILLIER,

Defendant.

11-CR-409 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from the Government to preclude testimony about out of court statements by Faramarz Rafii Tari. Dkt. 104. The Court directs the defense to respond by letter due August 18, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 11, 2022
New York, New York