UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>STEFAN GILLIER,<br><br>                                        Defendant. | 11-CR-409 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court schedules the final pretrial conference in this case for **August 30, 2022** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

                                                                          _____
                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: August 19, 2022
         New York, New York