UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                    **ORDER**

       Plaintiffs.

-v-

STEFAN GILLIER,
                    **11 CR 409 (PAE)**

       Defendant.
-------------------------------------------------------X

    IT IS HEREBY ORDERED that the Metropolitan Detention Center Bureau of Prions (MDC/BOP) is directed to accept the following clothing for **STEFAN GILLIER, inmate number 88043-054**, to wear at his trial, commencing with jury selection on September 13, 2022, and continuing for approximately three weeks to completion:

      **2 pairs of pants**
      **2 collared shirts**
      **2 suit jackets**
      **1 belt**
      **2 pairs of socks**
      **1 pair of shoes**

Dated:  New York, New York
      August 30, 2022

                    **SO ORDERED**

                    *Paul A. Engelmayer*
                    _____
                    Honorable Paul A. Engelmayer
                    United States District Judge