UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x

UNITED STATES OF AMERICA

   - v. -  **ORDER**

STEFAN GILLIER,  11-CR-409 (PAE)

   Defendant.

------------------------------- x

PAUL A. ENGELMAYER, District Judge:

WHEREAS, the Court and the parties seek to ensure that Stefan Gillier has meaningful access to review discovery and other case materials while detained by the Bureau of Prisons; and WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the Bureau of Prisons; WHEREAS, the defendant previously made an application for laptop access while detained at the Metropolitan Detention Center on December 30, 2021, which was granted by the Court on January 3, 2022;

IT IS HEREBY ORDERED that:

1. Mr. Gillier may have access to his laptop computer[1] and his external hard drive loaded with discovery materials while he is quarantined due to his COVID exposure and unable to use the laptop computer in the visiting room of the MDC;

2. Bureau of Prisons personnel will provide Mr. Gillier with access to the laptop computer and external hard drive for a total of at least 15 hours per week;

3. This Order remains in effect until Mr. Gillier is released from COVID

---

[1] On or about January 20, 2022, the Government delivered an "air-gapped" laptop computer, which was made compatible with the Bureau of Prisons' security requirements. Since this time, Mr. Gillier has been provided with access to this laptop computer and external hard drive to review discovery and legal materials in the legal visiting room.

quarantine;

4. Mr. Gillier may use the laptop computer for the sole purpose of reviewing discovery and legal materials that relate to his criminal case. Mr. Gillier shall not share the laptop computer or the materials loaded onto the laptop computer with other inmates or with any attorney not retained in this matter, without an order of this Court. He shall not have possession of any charging apparatus or cord that connects to the laptop computer. He shall not access or attempt to access the internet or any form of wireless communication. He shall at all times abide by the terms of the Protective Order governing the discovery in this case. Should Mr. Gillier violate any of the terms set forth in this Paragraph, he will forfeit his right under this Order to use the laptop computer.

SO ORDERED:

_Paul A. Engelmayer_             _8/31/2022_
HONORABLE PAUL A. ENGELMAYER      Date
United States District Judge
Southern District of New York