UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 11-CR-409 (PAE)
:
STEFAN GILLIER, : SCHEDULING ORDER
:
:
Defendant. :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **September 7, 2021** at **11:00 a.m.** to discuss the trial schedule. To access the conference, counsel should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 6, 2022
New York, New York