UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

    - v. -                                **ORDER**

STEFAN GILLIER,                    11-CR-409 (PAE)

                  Defendant.

------------------------------x

PAUL A. ENGELMAYER, District Judge:

WHEREAS, the Court and the parties seek to ensure that Stefan Gillier has meaningful access to review discovery and other case materials while detained by the Bureau of Prisons; and WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the Bureau of Prisons; WHEREAS, the defendant previously made an application for laptop access while detained at the Metropolitan Detention Center on December 30, 2021, which was granted by the Court on January 3, 2022; WHEREAS, the defendant previously made an application for laptop access while he is quarantined due to his COVID exposure on August 30, 2022, which was granted on August 21, 2022;

IT IS HEREBY ORDERED that:

1.    Mr. Gillier may receive a flash drive loaded with discovery materials, trial exhibits and 3500 material by the United States' Attorney's Office for use with his laptop computer;

2.    Mr. Gillier may use the flash drive for the sole purpose of reviewing discovery and legal materials that relate to his criminal case. Mr. Gillier shall not share the flash drive

1

with other inmates or with any attorney not retained in this matter, without an order of this Court. He shall at all times abide by the terms of the Protective Order governing the discovery in this case. Should Mr. Gillier violate any of the terms set forth in this Paragraph, he will forfeit his right under this Order to use the laptop computer.

SO ORDERED:

_____
HONORABLE PAUL A. ENGELMAYER
United States District Judge
Southern District of New York

September 7, 2022
_____
Date