

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2022

**BY ECF AND BY EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Sq.
New York, New York 10007

      Re:    **United States v. Stefan Gillier**, 11 Cr. 409 (PAE)

Dear Judge Engelmayer:

      The Government respectfully writes to provide the Court with an update on the issues discussed at the September 7, 2022 status conference concerning the defendant's access to specific discovery materials (the "Discovery Materials") and communications with his counsel. Specifically, the Court ordered that the defendant be given access to the Discovery Materials and that defense counsel be afforded substantial phone or video communication with the defendant.

      First, with respect to phone and video communication, the Government understands that the defendant and defense counsel were provided with approximately 4-hours of available video conference time on September 8, 2022 and that counsel successfully communicated with the defendant. The Government further understands that an additional 4-hour window was made available to defense counsel for Friday, September 9, 2022.

Second, with respect to the discovery materials, following the status conference, the Government conferred with defense counsel in order to identify the Discovery Materials. The Government copied the Discovery Materials to a drive and a representative of the United States Attorney's Office hand-delivered the drive to counsel for the Metropolitan Detention Center on September 7, 2022. Counsel informed the Government that the hard drive would be provided to the defendant today, after it was appropriately logged and inscribed, so that he may access the Discovery Materials via his provided laptop. Defense counsel informed the Government today, following their video conference, that the defendant did not have access to his laptop. We are seeking additional details on this issue and working to address it expeditiously.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By:  \_s/_____
Micah F. Fergenson
Dina McLeod
Michael C. McGinnis
Assistant United States Attorney
(212) 637-2190 / 1040 / 2305