```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :     11-CR-409 (PAE)
                                                                  :
STEFAN GILLIER,                                                   :     SCHEDULING ORDER
                                                                  :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **September 12, 2022** at **3:00 p.m.** To access the conference, counsel should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: September 9, 2022
       New York, New York

                                    PAUL A. ENGELMAYER
                                    United States District Judge