```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                     -v-                                                :    11-CR-409 (PAE)
                                                                        :
STEFAN GILLIER,                                                         :         ORDER
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations; and

- Exhibit 2: The jury's completed verdict form.

SO ORDERED.

                                                *Paul A. Engelmayer*

Dated: September 28, 2022                        PAUL A. ENGELMAYER
      New York, New York                         United States District Judge

**EXHIBIT 1**

Joey Zangardi-Dixon is Foreperson for USA v. Stefan Gillier

*[signature]* 9/27/22
Joseph Zangardi-Dixon

JURY NOTE 1

REQUEST

Can we please see:
   Exhibits: 103·A , 2641 , 106 , 13[?]
      (closing slides) → Gov't.
   Exhibits: 1501 ; 1502 (1500 Series - Summar[y]

[signature] 9/27/22

JURY NOTE 2

Can we please request?:
- 1301 = Ship Rec. - RTF
- 1302 = Inv. to RTF
- 1303·A = Ship Rec to RTF
- 1304 = Ship Rec to RTF

*[signature]* 9/27/22

JURY NOTE 3

We do not need 1000 page or 750 page documents printed. We can give specifics tomorrow.

Thank you

[signature] 9/27/2

JURY NOTE 4

Requesting 408-A, 408-B, 408-E.

Specifically looking at exhibit chart on page 51 #6 of the jury charge on 6/14/06. (From Merrill Lynch to Commerce Bank)

Thank you,

[signature] 9/28/22

also RE: Indictment page 13

JURY NOTE 5

Requesting 401·B, 408·D, 415·D

Thank you,

[signature] 9/28/22

Jury Note 6

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                    -v-                                           :     11 Cr. 409 (PAE)
                                                                  :
STEFAN GILLIER,                                                   :
                                                                  :     <u>VERDICT FORM</u>
                    Defendant.                                    :
                                                                  :
------------------------------------------------------------------X

**PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS**

*All Answers Must Be Unanimous*

1. How do you find the defendant as to Count One (conspiracy)?

   Guilty __X__          Not Guilty _____

2. How do you find the defendant as to Count Two (mail fraud)?

   Guilty __X__          Not Guilty _____

3. How do you find the defendant as to Count Three (wire fraud)?

   Guilty __X__          Not Guilty _____

4. How do you find the defendant as to Count Four (interstate transportation of stolen property)?

   Guilty __X__          Not Guilty _____

5. How do you find the defendant as to Count Five (money laundering: $40,000 on June 14, 2006)?

    Guilty __X__         Not Guilty _____

6. How do you find the defendant as to Count Six (money laundering: $40,000 on June 14, 2006)?

    Guilty __X__         Not Guilty _____

7. How do you find the defendant as to Count Seven (money laundering: $20,000 on June 14, 2006)?

    Guilty __X__         Not Guilty _____

8. How do you find the defendant as to Count Eight (money laundering: $23,952 on June 15, 2006)?

    Guilty __X__         Not Guilty _____

[*Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.*]

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____  _____
Foreperson

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

Dated:  9/28/22