

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2022

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Sq.
New York, New York 10007

    Re:    <u>United States v. Stefan Gillier</u>, 11 Cr. 409 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter motion to request, on consent of the defendant, a brief adjournment of the sentencing of defendant Stefan Gillier. The sentencing is currently scheduled for January 26, 2023, a date on which the undersigned will each be participating in separate trials. Accordingly, the Government respectfully requests, on consent, an adjournment to February 14, 2023, at 11:00 a.m. The Government understands that date and time works for the defense and for the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for
    the Southern District of New York

By:   /s/_____
    Micah F. Fergenson
    Dina McLeod
    Assistant United States Attorney
    (212) 637-2190 / 1040

**GRANTED.** Sentencing is adjourned to February 14, 2023 at 11:00 a.m.
The parties shall serve their sentencing submissions in accordance with this
Court's Individual Rules & Practices in Criminal Cases.
The Clerk of Court is requested to terminate the motion at Dkt. No. 157.

                                 1/3/2023
SO ORDERED.

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge